**Motion Granted and Order filed December 13, 2011.**



In The

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔆𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

_____

## NO. 14-11-01065-CV

_____

## IN RE ALERE WOMEN'S & CHILDREN'S HEALTH, LLC, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-09334**

---

# O R D E R

On December 12, 2011, relator, Alere Women & Children's Health lLC, filed a petition for writ of mandamus. *See* Tex. Gov't Code § 22.221. Relator asks this court to order the Honorable R. K. Sandhill, Judge of the 127th District Court of Harris County, Texas, to set aside his order dated December 12, 2011, entered in trial court cause number 2010-09334, styled *Adam Cortez, Individually and as Next Friend of Angela Cortez v. Alere Women's & Children's Health, LLC*. Relator claims that the trial court abused its discretion in striking it expert witnesses.

Relator has also filed a motion for a temporary stay of the trial court's order. *See* Tex. R. App. P. 52.8(b), 52.10. It appears from the facts stated in the petition that relator's

request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted.

We therefore **GRANT** relator's motion and **ORDER** the trial court's order issued December 12, 2011, and all proceedings in trial court cause number 2010-09334, styled *Adam Cortez, Individually and as Next Friend of Angela Cortez v. Alere Women's & Children's Health, LLC,* **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

In addition, the court requests the real party in interest, Adam Cortez, Individually and as Next Friend of Angela Cortez, to file a response to the petition for writ of mandamus on or before **5:00 p.m., Thursday, December 15, 2011.**


PER CURIAM


Panel consists of Chief Justice Hedges and Justices Brown and Christopher.